NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY A. HOGAN,                         )
                                        )
      Appellant,                       )
                                        )
v.                                      )   Case No. 2D17-1743
                                        )
DEUTSCHE BANK NATIONAL                  )
TRUST COMPANY, as trustee,              )
in trust for THE REGISTERED             )
HOLDERS OF MORGAN STANLEY               )
ABS CAPITAL I TRUST 2004-NC2,           )
MORTGAGE PASS-THROUGH                   )
CERTIFICATES, SERIES 2004-NC2;          )
THE LITTLE MERMAID                      )
CONDOMINIUM ASSOCIATION                 )
INC.; and UNKNOWN SPOUSE OF             )
DANNY A. HOGAN,                         )
                                        )
      Appellees.                       )
_____ )

Opinion filed August 24, 2018.

Appeal from the Circuit Court for
Collier County; Christine Greider,
Judge.

James R. Ackley of Law Offices of
James R. Ackley, P.A., West Palm
Beach, for Appellant.

Joseph T. Kohn and Benjamin B.
Brown of Quarles & Brady LLP,
Naples, for Appellee Deutsche Bank
National Trust Company.

No appearance for remaining
Appellees.


PER CURIAM.

        Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.